No. 122. TORMEY *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John J. Abt* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for respondent.

No. 133. FULTZ *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard J. Morr* for petitioner. *Melvin G. Rueger* and *Leonard Kirschner* for respondent.

No. 164. DAWKINS ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. and/or Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Murray A. Gordon* for petitioners. *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky* and *George R. Georgieff,* Assistant Attorneys General, for respondent.

No. 177. LOSCHI ET AL. *v.* MASSACHUSETTS PORT AUTHORITY. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Vincent J. Celeste* for petitioners. *Warren F. Farr* for respondent.

No. 203. THORESEN *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Melvin W. Miller* for petitioner. *James S. Erwin,* Attorney General of Maine, and *John W. Benoit, Jr.,* Assistant Attorney General, for respondent.